UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON KEADING,<br><br>          Appellant,<br><br>    v.<br><br>U.S. TRUSTEE OFFICE OF THE U.S. TRUSTEE /OAKLAND,<br><br>          Appellee. | Case No. 25-cv-04148-EKL<br><br>**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED** |

On June 25, 2025, the bankruptcy record on appeal was docketed in this matter. ECF No. 3. Pursuant to the Federal Rules of Bankruptcy Procedure and the scheduling order in this case, Appellant was required to file his opening brief in this matter within 30 days of the record on appeal being docketed. *See* Fed. R. Bankr. P. 8081(a); ECF No. 2. This deadline has passed, and Appellant has not filed his opening brief.

Appellant is ORDERED TO SHOW CAUSE, in writing and no later than November 13, 2025, why this appeal should not be dismissed for failure to prosecute. *See* Fed. R. Bankr. P. 8081(a)(4). Alternatively, Appellant may file his opening brief by November 13, 2025. If Appellant files his brief by this date, Appellee shall file its principal and response brief within 30 days after service of Appellant's brief. *See* Fed. R. Bankr. P. 8081(a)(2); ECF No. 2.

**IT IS SO ORDERED.**

Dated: October 30, 2025

Eumi K. Lee
United States District Judge