UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON WARNER KEADING,<br>                Appellant,<br>    v.<br>U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE/OAKLAND,<br>                Appellee. | Case No. 25-cv-04148-EKL<br><br>**ORDER OF DISMISSAL** |

On June 25, 2025, the bankruptcy record on appeal was docketed in this matter. ECF No. 3. Pursuant to the Federal Rules of Bankruptcy Procedure and the scheduling order in this case, Appellant was required to file his opening brief in this matter within 30 days of the record on appeal being docketed. *See* Fed. R. Bankr. P. 8018(a); ECF No. 2. This deadline passed, and Appellant failed file his opening brief. On October 30, 2025, the Court issued an order to show cause why this appeal should not be dismissed for failure to prosecute pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4), and directed Appellant to file a written response by November 13, 2025. ECF No. 4; *see also* Fed. R. Civ. P. 41(b).

As of the date of this order, Appellant has not filed any response to the Court's order to show cause nor filed his opening brief.[1] Accordingly, this appeal is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 5, 2025

Eumi K. Lee
United States District Judge

---

[1] The Court notes that the underlying bankruptcy action was also dismissed for failure to prosecute. *See* ECF No. 1-2.